No. 9605. AXEL NELSON, Plaintiff and Respondent, v. W. C. McHATTIE and WALTER MECKLENBERG, Copartners doing business as McHATTIE AND MECKLENBERG, Defendants and Appellants.

289 Pac. (2d) 326.

Decided Nov. 1, 1955.

*Rankin & Acher*, Helena, for Appellant.

*Lyman H. Bennett*, Virginia City, *Lyman H. Bennett, Jr.*, Bozeman, for Respondent.

Per Curiam.

On aplication of the appellants and the respondent, and stipulation filed;

It is hereby ordered that the appeal herein from the order denying a motion for change of venue in the above entitled cause be and it is dismissed.

MR. CHIEF JUSTICE ADAIR and MR. JUSTICES ANGSTMAN, ANDERSON, DAVIS and BOTTOMLY, concur.